COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-299-CV

 

IN
RE MCCURDY & MCCURDY, LLP                                           RELATOR

 

                                               ----------

                                    ORIGINAL
PROCEEDING

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AAgreed
Motion To Dismiss Pursuant To Settlement.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the petition
for writ of mandamus.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

PER CURIAM

PANEL A:  MCCOY, J., CAYCE, C.J.; and DAUPHINOT,
J.  

 

DELIVERED:  October 23, 2006 

 











[1]See Tex. R. App. P. 47.4.